**United States District Court**
**Violation Notice**

CT 25

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4490008 | S.A. HYLEN | 819 |

4490008

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 08/12/2015 | 18 USC 1701 |

Place of Offense: NEW HAVEN, CT

Offense Description: Factual Basis for Charge — HAZMAT ☐

OBSTRUCTION OF MAIL GENERALLY (THEFT OF MAIL)

DEFENDANT INFORMAT[redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| ROSARBO III | VINCENT | J. |

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ Total Collateral Due

YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature [signature] 12/14/15

(Rev. 01/2011) Original - CVB Copy

CVB SCAN JAN 06, 2016 15:50

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on AUGUST 12 20 15 while exercising my duties as a law enforcement officer in the — District of CONNECTICUT

SEE ATTACHED STATEMENT

The foregoing statement is based upon:

☐ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/14/2015 [signature] #819

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN JAN 06, 2016 15:50